William R. Brenske
Jennifer R. Andreevski
Ryan D. Krametbauer
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway,
Suite 500
Las Vegas, NV 89169
T: (702) 385-3300
F: (702) 385-3823
E: wbrenske@hotmail.com
*Counsel for Plaintiff*

Harley V. Ratliff
Adrienne L. Byard
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
F: (816) 421-5547
E: hratliff@shb.com; abyard@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC,
and Sanofi U.S. Services Inc.*

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
T: 216.592.5000
F: 216.592.5009
E: julie.callsen@tuckerellis.com;
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare, Inc.*

Mark S. Cheffo
Mara Gonzalez Cusker
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
T: (212) 849-7000
F: (212) 849-7100
E: markcheffo@quinnemanuel.com;
maracuskergonzalez@quinnemanuel.com
*Counsel for Defendants Hospira Worldwide, LLC,
f/k/a Hospira Worldwide, Inc., Hospira Inc., and
Pfizer Inc.*

Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
T: (678) 553-2100
F: (678) 553-2100
E: cohenl@gtlaw.com; merrellc@gtlaw.com;
holdene@gtlaw.com
*Counsel for Defendant Sandoz Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VIVIAN WEBER,                                )
                                             )
                    Plaintiff,               )
                                             )   Case No. 2:18-cv-00276
          v.                                 )
                                             )   **STIPULATION TO EXTEND RESPONSIVE**
SANOFI, S.A., et. al.                        )   **PLEADING DEADLINE**
                                             )   (FIRST REQUEST)
                    Defendants.              )
                                             )
                                             )
                                             )

Plaintiff Joanna Pollard and Defendants Sanofi US Services, Inc., Sanofi-Aventis U.S. LLC,

Accord Healthcare, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira, Inc., and

Sandoz Inc. stipulate to an extension of time for Defendants to leave or plead.

On February 14, 2018, Plaintiff Vivian Weber ("Plaintiff") filed her Complaint in this Court. On

May 10, 2018, Plaintiff served Defendants Sanofi US Services, Inc., Sanofi-Aventis U.S. LLC, Hospira

Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Hospira, Inc. On May 11, 2018, Plaintiff served

Defendant Accord Healthcare, Inc. On May 14, 2018, Plaintiff served Defendant Sandoz Inc. On May

15, 2018, the case was included on a Notice of Potential Tag-Along to MDL No. 2740, *In re Taxotere*

*(Docetaxel)*. *See In re: Taxotere (Docetaxel) Prods. Liab. Litig.*, MDL 2740 (J.P.M.L. May 15, 2018),

ECF No. 463. On May 25, 2018, the Judicial Panel on Multidistrict Litigation included the case on

finalized Conditional Transfer Order 43 because it "involve[d] questions of fact that are common to the

actions previously transferred to the Eastern District of Louisiana and assigned to Judge Milazzo." *Id.*

(J.P.M.L. May 25, 2018), ECF No. 484. Thus, transfer of the case to MDL 2740 is imminent.

Pursuant to Fed. R. Civ. P. 6 and LR IA 6-1, the parties agree that Defendants' deadline to

respond or otherwise plead in response to Plaintiff's complaint in the District of Nevada is July 2, 2018.

This is the first request for an extension the parties have made. Parties have included the attached form

order below pursuant to LR IA 6-2.

DATED: May 31, 2018

/s/ William R. Brenske
William R. Brenske
Jennifer R. Andreevski
Ryan D. Krametbauer
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway,
Suite 500
Las Vegas, NV 89169
T: (702) 385-3300
F: (702) 385-3823
E: wbrenske@hotmail.com
*Counsel for Plaintiff*

/s/ Evan Holden
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
T: (678) 553-2100
F: (678) 553-2100
E: cohenl@gtlaw.com; merrellc@gtlaw.com;
holdene@gtlaw.com
*Counsel for Defendant Sandoz Inc.*

/s/ Harley V. Ratliff
Harley V. Ratliff
Adrienne L. Byard
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
F: (816) 421-5547
E: hratliff@shb.com; abyard@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC, and
Sanofi U.S. Services Inc.*

/s/ Mara Cusker Gonzalez
Mark S. Cheffo
Mara Cusker Gonzalez
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
T: (212) 849-7000
F: (212) 849-7100
E: markcheffo@quinnemanuel.com;
maracuskergonzalez@quinnemanuel.com
*Counsel for Defendants Hospira Worldwide, LLC, f/k/a
Hospira Worldwide, Inc., Hospira, Inc. and Pfizer Inc.*

/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
T: (216) 592-5000
F: (216) 592-5009
E: julie.callsen@tuckerellis.com;
brandon.cox@tuckerellis.com
*Counsel for Defendant Accord Healthcare, Inc.*

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: 06/01/2018

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE

3766646.1